IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIM. NO. AMD 06-0448 |
| | : CIV. NO. AMD 08-1982 |
| CLAUDIS LASSITER | : |

...oOo...

## MEMORANDUM

Petitioner, Claudis Lassiter, represented by retained counsel, pled guilty pursuant to a negotiated plea agreement to a charge of conspiracy under 21 U.S.C. § 846, conspiracy to distribute more than one kilogram of heroin. The court sentenced Brewer to 60 months in prison, which was the mandatory minimum sentence, based on the drug quantity in the offense of conviction, he could receive. Lassiter has timely filed the instant motion to vacate judgment pursuant to 28 U.S.C. §2255, asserting that his counsel failed to provide effective assistance in that he failed to challenge a firearms enhancement under the sentencing guidelines. The government has filed an opposition to the motion, pointing out that as defendant received the mandatory minimum sentence, the firearms enhancement was immaterial to the sentence. The government is correct.

For the reason set forth, Lassiter is not entitled to relief and the motion to vacate shall br denied. An order follows.

Filed: October 7, 2008

_____
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE